UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JORGE FRED GOMEZ,

    Petitioner,

v.                                                                    No. 1:26-CV-103-H

MARKWAYNE MULLIN, et al.,[1]

    Respondents.

## ORDER

Before the Court is Jorge Fred Gomez's petition for a writ of habeas corpus.  Dkt. No. 1.  The Court observes that Gomez can no longer be located through ICE's Online Detainee Locator System using his biographical information, his country of birth, or his A-Number.  The respondents informed the Court that they are working to effectuate Gomez's removal from the United States.  Dkt. No. 7 at 1–2.  To assist the Court with determining whether it retains jurisdiction over the petition, *see Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583–84 (1999), the parties are ordered to file a joint status report within seven days of this Order indicating whether Gomez remains in custody.

So ordered on May 26, 2026.

                        JAMES WESLEY HENDRIX
                        UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin, the United States Secretary of Homeland Security, is automatically substituted for his predecessor, Kristi Noem.  *See* Fed. R. Civ. P. 25(d).